UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LLOYD HENRY | CIVIL ACTION |
| VERSUS | NO. 18-4661 |
| MARLIN GUSMAN, ET AL. | SECTION "R" (4) |

## ORDER

Plaintiff filed this complaint alleging violations of his rights under the Eighth and Fourteenth Amendments, as well as claims arising under state tort law.[1] Defendant Gary Maynard, the Compliance Director of the Orleans Parish Jail, moved to dismiss the claims asserted against him.[2] Having reviewed *de novo* the complaint, the record, and the Magistrate Judge's unopposed Partial Report and Recommendation,[3] the Court hereby approves the Magistrate Judge's Partial Report and Recommendation and adopts it as its opinion.

IT IS ORDERED that plaintiffs' claims against Gary Maynard are DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 17th day of April, 2019.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1] *See* R. Doc. 1.
[2] R. Doc. 15.
[3] R. Doc. 32.